United States Courts
Southern District of Texas
F I L E D

JUL 1 1 2023

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEALTH ONSITE SOLUTIONS, L.L.C., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-_____ |
| | § | **ADMIRALTY** |
| M/V DOUBLE E, & ERICKSON & | § | |
| JENSEN SEAFOOD PACKING CO., INC., | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S ORIGINAL VERIFIED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Stealth Onsite Solutions, L.L.C. ("Stealth"), files this complaint against Erickson & Jensen Seafood Packing Co., Inc., in personam, and against the vessel M/V Double E, a Florida registered shrimp boat (the "Vessel"), its equipment and appurtenances, in rem.

### PARTIES

1.      Plaintiff, Stealth Onsite Solutions, L.L.C. ("Stealth"), is a limited liability company organized under the laws of the State of Texas.

2.      Defendant, Erickson & Jensen Seafood Packing Co., Inc. ("E&J"), is a corporation that is incorporated under the laws of the State of Florida. Defendant E&J has its principal place of business in the State of Florida. Defendant may be served with process by serving its president, Grant Ericksn, at 1100 Shrimp Boat Lane, Fort Myers Beach, Florida 33931.

3.      At all times mentioned in this complaint, the Vessel has been and is currently owned by Defendant E&J. The Vessel is currently moored at the premises owned by Defendant E&J at 420 Bigelow Street, Aransas Pass, Texas 78336. The Vessel is at present within the Southern

District of Texas, Corpus Christi Division, and, consequently, within the jurisdiction of this honorable court. As such, the Vessel may be immediately arrested by the United States Marshal.

## JURISDICTION

4.      This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This court has jurisdiction pursuant to 28 U.S.C. § 1333.

## VENUE

5.      Venue is proper in the Southern District of Texas, Corpus Christi Division, because the Vessel is within this District and this Division.

## RELEVANT FACTS

6.      Plaintiff is a supplier of maritime services to commercial fishing vessels. Plaintiff provides commercial pumping services to distressed commercial vessels which are moored at the Port of Fort Myers Beach, Florida as their home port.

7.      Hurricane Ian, a category 4 storm with winds gusting up to 155 M.P.H, made landfall near Fort Myers, Florida, on Wednesday, September 29, 2022, causing widespread flooding, damage, and devastation. The hurricane hit Fort Myers and the surrounding barrier islands including Cayo Costa, Sanibel, and Captiva, with a life-threatening storm surge. Some buildings and boats were thrown around or submerged by the floodwaters, and some homes collapsed into rubble. The Vessel was one of the boats so affected by the storm.

8.      On or about December 1, 2022, Defendant E&J entered into a contract with plaintiff wherein plaintiff agreed to vacuum pump out the fuel which remained in the Vessel. At the time of the making of the contract, the Vessel was stranded on land off on San Carlos Island in Fort Myers Beach, Florida, after it had been forced out of the water by the storm surge from Hurricane Ian. Plaintiff completed its obligations. After plaintiff had completed pumping out the fuel from

the Vessel, it was returned to the water in a seaworthy condition.

9.    Plaintiff charged Defendant E&J the agreed sum of $35,000 in service fees for its work in vacuuming out the remaining fuel from its tank and then pumping the fuel into Defendant E&J's onshore fuel tank thereby rendering the Vessel seaworthy and saving Defendant E&J over $100,000 worth of marine diesel fuel.

10.    Plaintiff has duly demanded payment of the maritime service fees from Defendant E&J.

11.    Defendant E&J has failed, neglected, and refused to pay the maritime service fees since March 2023.

12.    As of the date of filing this action, the maritime service fees that are owed by Defendant E&J to plaintiff total at least $35,000.

## CAUSE OF ACTION 1—ARREST OF VESSEL

13.    Plaintiff realleges paragraphs 1 through 12 of this complaint as though set forth in full here.

14.    Service fees to repair a distressed vessel are a "necessary" as that term is used in the Commercial Instruments and Maritime Liens Act, 46 U.S.C. §§ 31301 *et seq.,* and the provision of maritime services to a distressed vessel gives rise to a maritime lien on a vessel.

15.    Thus, based on its providing pumping services to the Vessel in order to make it seaworthy, plaintiff holds a maritime lien against the Vessel in the amount of at least $35,000.

16.    In order to protect its interests and to secure payment of the outstanding maritime services fee balance, plaintiff seeks to enforce its maritime lien on the Vessel by arresting the M/V Double E.

## CAUSE OF ACTION 2 – BREACH OF CONTRACT

17.    Plaintiff realleges paragraphs 1 through 12 of this complaint as though set forth in full here.

18.    Plaintiff has performed its obligations under the agreement for it to provide maritime services to the Vessel. Plaintiff's maritime services provided to the Vessel resulted in the Vessel becoming seaworthy again after the damage caused to it by Hurricane Ian's storm surge.

19.    However, Defendant E&J has not fulfilled its obligations under the agreement with plaintiff for the provision of maritime services to the Vessel. Specifically, Defendant E&J has not paid plaintiff for the maritime services it provided to the Vessel to make it seaworthy.

20.    As a result of Defendant E&J's failure to pay the fees charged for the maritime services provided by plaintiff to the Vessel, Defendant E&J has breached its contract with plaintiff.

## DAMAGES

21.    As a direct and proximate result of Defendant E&J's breach, plaintiff has suffered the following damages: the amount that remains due to plaintiff under the terms of the contract, which is not less than $35,000.

## ATTORNEY FEES

22.    As a result of Defendant E&J's breach, plaintiff retained an attorney and seeks reimbursement for its reasonable attorney fees, as authorized by applicable law, which totals $8,750.00 as of the filing of this complaint.

## PRAYER

23.    For these reasons, plaintiff asks for judgment against defendants for the following: (a) that this court issue a warrant of arrest against the Vessel M/V Double E and its equipment and appurtenances, and that citation issue against Defendant E&J and all persons claiming any right,

title, or interest in the Vessel to appear and answer the matters alleged in this complaint; (b) that this honorable court award actual damages for the provision of maritime services in the amount of at least $35,000; (c) that this honorable court award $8,750.00 for reasonable and necessary attorney fees; (d) that this honorable court award prejudgment interest accruing from the date of filing of this complaint through the date of the Vessel's arrest; (e) that this honorable court award postjudgment interest as allowed by law; (f) that this honorable court permit plaintiff to recover its costs of suit; (g) that the Vessel M/V Double E be sold under the direction of this honorable court and that the proceeds of that sale be brought into this court to satisfy the decree; (h) that the Vessel M/V Double E be served with process, be required to answer, and appear in this action, and failing that, a default judgment be entered against it; and (i) that this honorable court grant to plaintiff such other and further relief to which plaintiff may show itself justly entitled.

Respectfully submitted,

/s/    *Mark Aronowitz*

MARK ARONOWITZ
S.D. Tex. Id No.:
State Bar No.: 00793281
P.O. Box 1201
Texas City, TX 77592-1201
Tel.:    (281) 402-6780
Fax:    (281) 715-4284
Email: markaronowitz@hotmail.com

OF COUNSEL:
JULIA CATHERINE HATCHER

ATTORNEY IN CHARGE FOR PLAINTIFF,
STEALTH ONSITE SOLUTIONS, L.L.C.

## DECLARATION UNDER PENALTY OF PERJURY

**STATE OF TEXAS**          §
**COUNTY OF HARRIS**        §

"My name is Kenneth Steven Isbell. I am the managing member of Stealth Onsite Solutions, LLC, the plaintiff herein. I have read the plaintiff's original verified complaint and I verify under penalty of perjury that the facts stated in it are within my personal knowledge and are true and correct."

EXECUTED on July 3, 2023.

/s/ Kenneth Steven Isbell
KENNETH STEVEN ISBELL

6