United States District Court
Southern District of Texas
**ENTERED**
February 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| STEALTH ONSITE SOLUTIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00175 |
| | § | |
| E&E, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Memorandum and Recommendation, (D.E. 61), the Court enters final judgment dismissing this case without prejudice. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.


DAVID S. MORALES
UNITED STATES DISTRICT JUDGE


Signed: Corpus Christi, Texas
February 14th, 2025